

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00094-CV

**IN THE MATTER OF H.L.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014-JUV-00757
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Appellant's brief was due to be filed with this court on June 18, 2015. On June 18, 2015, Appellant filed an unopposed first motion for a thirty-day extension of time to file his brief until July 20, 2015.

Appellant's motion is GRANTED. Appellant must file his brief with this court by July 20, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court